# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALONDRA RODRIGUEZ,<br><br>Defendant. | No. 21-CR-00903-001-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION REQUESTING TRANSPORTATION UPON RELEASE TO TREATMENT CENTER** |

Defendant's motion requesting United States Probation to provide transportation for Alondra Rodriguez to the North County Serenity House upon release from custody (ECF No. 34) is **Denied**. Defendant has failed to set forth the position of the Probation Office regarding this request and the Court is not persuaded, without such input, that this request is a reasonable imposition upon the Office.

IT IS SO ORDERED.

Dated: November 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1